Lynn R. BRODRICK, Collector of Internal Revenue for the District of Kansas, v. David C. WHITE.

No. 4505.

United States Court of Appeals
Tenth Circuit.

Aug. 13, 1952.

Eugene W. Davis, U. S. Atty., and V. J. Bowersock, Asst. U. S. Atty., Topeka, Kan., for appellant.

W. D. Jochems, Wichita, Kan., for appellee.

Before PHILLIPS, Chief Judge.

PER CURIAM.

Appeal dismissed on motion of appellant. D.C., 104 F.Supp. 213.

---

Kenneth G. CLAPP, d/b/a Packard Fort Smith Company—Used Cars, Appellant, v. B. C. McKNABB, Appellee.

No. 4469.

United States Court of Appeals
Tenth Circuit.

Sept. 5, 1952.

C. A. Ambrister, Muskogee, Okl., for appellant.

J. S. Daily, Ft. Smith, Ark. (J. Fred Green, Sallisaw, Okl., on the brief), for appellee.

Before PHILLIPS, Chief Judge, and BRATTON and HUXMAN, Circuit Judges.

PER CURIAM.

The question here presented is one of law and the local law of Oklahoma is controlling. On authority of Modern Motors, Inc. v. Elkins, 189 Okl. 134, 113 P.2d 969, the judgment is affirmed.

---

S. E. J. COX v. UNITED STATES of America.

No. 4431.

United States Court of Appeals
Tenth Circuit.

Sept. 11, 1952.

David Tant, Oklahoma City, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., Tulsa, Okl., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH, Circuit Judge.

PER CURIAM.

Appeal dismissed September 11, 1952, on motion of appellee, for failure of appellant diligently to prosecute.